IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**United States of America,**

                    08-MC-9248

       **Plaintiff,**

                    ORDER OF DISMISSAL

**v.**

**Arron Matthew Barr,**

       **Defendant.**

**BROWN, Judge.**

    This matter comes before the Court on Plaintiff's Motion to Dismiss (#9).

    Plaintiff's Motion is GRANTED, and this matter is DISMISSED with prejudice.

    IT IS SO ORDERED.

    DATED this __2nd__ day of March, 2009.

                                    /s/ Anna J. Brown
                                  ANNA J. BROWN
                                United States District Judge